| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Howard Wesley Conselyea Jr.** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx−xx−6401** <br> EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Virginia** | | Date case filed for chapter  **7    6/21/19** |
| Case number:    **19−33306−KLP** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Howard Wesley Conselyea Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4631 Turner Road <br> Richmond, VA 23234 | |
| 4. | **Debtor's attorney** <br> Name and address | Angela N. Neiman <br> Main Street Law Offices <br> 1701 W. Main Street <br> Richmond, VA 23220 | Contact phone (804) 355−1800 <br> Email: angelamslawecf@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Peter J. Barrett <br> Kutak Rock LLP <br> 901 East Byrd Street, Suite 1000 <br> Richmond, VA 23219 | Contact phone (804) 343−5237 <br> Email:  peter.barrett@kutakrock.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: June 24, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 29, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: September 27, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 19-33306-KLP
Howard Wesley Conselyea, Jr.                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: baumgartn          Page 1 of 2          Date Rcvd: Jun 24, 2019
                              Form ID: 309A            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
```
db             +Howard Wesley Conselyea, Jr.,    4631 Turner Road,    Richmond, VA 23234-4117
14910858        American Coradius Internat'l,    PO Box 717,    Getzville, NY 14068-0717
14910863       +Client Services,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
14910865       +Discover Bank,    c/o Attorney Glasser and Glass,    P.O. Box 3400,    Norfolk, VA 23514-3400
14910870        FMA Alliance, Ltd.,    Post Office Box 2409,    Houston, TX 77252-2409
14910871      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                (address filed with court: Focused Recovery Solut,     9701 Metropolitan Ct Ste,
                North Chesterfield, VA 23236-0000)
14910872       +GC Services Limited Partnershi,    PO Box 3346,    Houston, TX 77253-3346
14910874       +James River Hospitalist Group,    PO Box 14000,    Belfast, ME 04915-4033
14910877       +Mercantile,    165 Lawrence Bell Dr Ste 100,    Buffalo, NY 14221-7900
14910878       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
14910882       +NPAS, Inc,   PO Box 99400,    Louisville, KY 40269-0400
14910879       +National Enterprise Systems,    2479 Edison Blvd Unit A,    Twinsburg, OH 44087-2476
14910880      #+Nationwide Credit Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
14910881        Northstar Location Services,    4285 Genesee Street,    Buffalo, NY 14225-1943
14910883       +OrthoVirginia,    PO Box 35725,    Richmond, VA 23235-0725
14910885       +Radius Global Solutions LLC,    9550 Regency Square Ste 602,    Jacksonville, FL 32225-8169
14910886       +Receivables Management,    1312 W Westridge Blvd,    Greensburg, IN 47240-3251
14910887       +Richmond Specialty Group,    P.O. Box 740776,    Cincinnati, OH 45274-0776
14910890       +Vector Security,    2805 N. Parham Road,    #500,    Richmond, VA 23294-4453
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: angelamslawecf@gmail.com Jun 25 2019 03:26:22      Angela N. Neiman,
                Main Street Law Offices,    1701 W. Main Street,    Richmond, VA 23220
tr             +EDI: QPJBARRETT.COM Jun 25 2019 07:18:00      Peter J. Barrett,    Kutak Rock LLP,
                901 East Byrd Street, Suite 1000,    Richmond, VA 23219-4071
14910859        EDI: BANKAMER.COM Jun 25 2019 07:18:00      Bank Of America,    Po Box 982238,
                El Paso, TX 79998-0000
14910862       +EDI: HCA2.COM Jun 25 2019 07:18:00      CJW Medical Center,    P.O. Box 99400,
                Louisville, KY 40269-0400
14910864        E-mail/Text: mlaclair@creditadjustmentboard.com Jun 25 2019 03:26:27
                Credit Adjustment Board,    8002 Discovery Drive, Ste 311,    Henrico, VA 23229-0000
14910860       +E-mail/Text: bankruptcy@cavps.com Jun 25 2019 03:29:49      Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
14910861       +EDI: CHASE.COM Jun 25 2019 07:18:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14910866       +EDI: DISCOVER.COM Jun 25 2019 07:18:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
14910867       +E-mail/Text: KSMITH@DURHAM-DURHAM.COM Jun 25 2019 03:30:18      Durham & Durham, LLP,
                5665 New Northside Dr, Ste 340,    Atlanta, GA 30328-5834
14910868       +EDI: FSAE.COM Jun 25 2019 07:18:00      First Source Advantage,    205 Bryant Woods South,
                Buffalo, NY 14228-3609
14910869       +EDI: FSAE.COM Jun 25 2019 07:18:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
                Amherst, NY 14228-3609
14910873       +E-mail/Text: bankruptcies@halstedfinancial.com Jun 25 2019 03:30:18
                Halsted Financial Services LLC,    PO Box 828,    Skokie, IL 60076-0828
14910875       +EDI: CCS.COM Jun 25 2019 07:18:00      Liberty Mutual,    Processing Center,    P. O. Box 55126,
                Boston, MA 02205-5126
14910876       +EDI: PARALONMEDCREDT Jun 25 2019 07:18:00      Medicredit, Inc,    Po Box 1629,
                Maryland Heights, MO 63043-0629
14910857       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jun 25 2019 03:29:32      Office of the US Trustee,
                701 E. Broad Street, Ste 4304,    Richmond, VA 23219-1885
14910884       +E-mail/Text: bknotices@professionalcredit.com Jun 25 2019 03:29:52      Professional Credit Se,
                Po Box 7548,    Springfield, OR 97475-0039
14910888       +EDI: CBS7AVE Jun 25 2019 07:18:00      Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
14910889        EDI: USBANKRS.COM Jun 25 2019 07:18:00      US Bank,    PO Box 108,    Saint Louis, MO 63166-9801
14910891        EDI: WFFC.COM Jun 25 2019 07:18:00      Wells Fargo,    Credit Bureau Dispute Resoluti,
                Des Moines, IA 50306-0000
14910892       +EDI: WFFC.COM Jun 25 2019 07:18:00      Wells Fargo Hm Mortgage,    Po Box 10335,
                Des Moines, IA 50306-0335
                                                                                              TOTAL: 20
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: baumgartn              Page 2 of 2                   Date Rcvd: Jun 24, 2019
                              Form ID: 309A                Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2019 at the address(es) listed below:
              Angela N. Neiman    on behalf of Debtor Howard Wesley  Conselyea, Jr. angelamslawecf@gmail.com,
               angelamslaw@hotmail.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Peter J. Barrett    peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com
                                                                                             TOTAL: 3